IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY BETH CROSSLEY                                                                                          PLAINTIFF

v.                                              NO. 5:15-cv-00391 PSH

CAROLYN W. COLVIN, Acting Commissioner                                               DEFENDANT
of the Social Security Administration

### ORDER

Plaintiff Mary Beth Crossley ("Crossley") has filed the pending motion for an award of attorney's fees pursuant to the Equal Access to Justice Act. See Pleading 16. In the motion, she seeks an award of fees in the total amount of $2,864.58. The Acting Commissioner of the Social Security Administration has no objection to the motion.

The Court has reviewed Crossley's motion and finds nothing unreasonable about the hours of work performed or the hourly rate requested. The motion is granted, and fees totaling $2,864.58 are awarded to Crossley. Because the award belongs to Crossley, and not her attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue payment of this award by check made payable to Crossley, in care of her attorney, Eric L. Worsham ("Worsham"), and shall mail the check to Worsham at his Pine Bluff, Arkansas, address.

IT IS SO ORDERED this 5th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE